

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SHANNON LOYAL HAY,<br>    Plaintiff, | Civil Action No. 7:16-cv-00276 |
| v. | **MEMORANDUM OPINION** |
| SWRJA-DUFFIELD, et al,<br>    Defendant(s). | By:    Glen E. Conrad<br>Chief United States District Judge |

Shannon Loyal Hay, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered June 23, 2016, the court directed plaintiff to submit within 20 days from the date of the Order the signed consent to withholding of fees form in order to complete the application to proceed in forma pauperis. On July 8, 2016, the conditionally filed order was returned as undeliverable with no forwarding address given. Plaintiff was advised in the first conditionally filed order dated June 13, 2016, that it is his responsibility to inform the court in writing immediately upon the release or transfer with a new address. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 14th day of July, 2016.

                                                                         /s/ Glen Conrad
                                                  Chief United States District Judge